# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN TERRACE HOMEOWNERS ASSOCIATION,<br><br>                          Plaintiff,<br><br>vs.<br><br>VIEGA, INC., et al.,<br><br>                          Defendants. | Case No. 2:12-cv-00206-JCM-PAL<br><br>**ORDER**<br><br>(Mtn to Withdraw - Dkt. #73) |

This matter is before the court on the Motion to Withdraw (Dkt. #73). Theodore J. Kurtz of Selman Breitman LLP seeks to withdraw as counsel of record for Defendant Zenith of Nevada, Inc. The Motion represents that Defendant will still be represented by Elaine K. Fresch and Gil Glancz of the Selman Breitman law firm, but Mr. Kurtz will not be counsel of record. Local Rule IA 10-6 provides that "no withdrawal . . . shall be approved if delay of discovery, the trial or any hearing in the case would result." Plaintiff filed its Complaint (Dkt. #1) on February 8, 2012. There is currently a Motion to Transfer and Consolidate Case (Dkt. #39) pending before the district judge.

Having reviewed and considered the matter, and for good cause shown,

**IT IS ORDERED:**

1. The Motion to Withdraw as Counsel of Record (Dkt. #73) is GRANTED.
2. Elaine K. Fresch and Gil Glancz of Selman Breitman LLP will continue to represent Defendant Zenith.

Dated this 9th day of May, 2012.

                                                                             _____<br>
                                                                             PEGGY A. LEEN<br>
                                                                             UNITED STATES MAGISTRATE JUDGE