# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SOUTHERN TERRACE HOMEOWNERS ASSOCIATION,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>VIEGA, INC, et al.,<br><br>　　　　　　Defendants. | Case No. 2:12-cv-00206-RCJ-GWF<br><br>**ORDER**<br><br>Renewed Motion to Stay (#153) |

　　　　This matter comes before the Court on Defendants' Renewed Motion to Stay (#153), filed July 30, 2012; Plaintiff's Response to Renewed Motion (#158), filed on August 10, 2012; and Defendants' Reply (#161), filed on August 20, 2012. The Court conducted a hearing on this matter on September 7, 2012. *See* Minutes of Proceedings (#165). At the hearing, the Court temporarily stayed this matter and requested the parties submit follow-up status reports no later than September 24, 2012. On September 24, 2012, both parties timely filed Status Reports (#168,169). The parties both agree that a continuation of the stay is warranted until the outstanding motions are resolved. The Court will therefore stay this case pending decision on the motions to dismiss. Accordingly,

　　　　**IT IS HEREBY ORDERED** that Defendants' Renewed Motion to Stay (#153) is **granted**. This case shall be **stayed** pending decision on the motions to dismiss.

　　　　DATED this 25th day of September, 2012.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　GEORGE FOLEY, JR.
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge